1
2
3
4
5
6
7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10  ROBIN FREEMAN,

11          Petitioner,          No. CIV S-09-1625 GGH P

12      vs.

13  TINA HORNBECK,

14          Respondent.          ORDER

15  _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17  habeas corpus pursuant to 28 U.S.C. § 2254. In her application, petitioner challenges a

18  conviction issued by the Madera County Superior Court. Madera County is part of the Fresno

19  Division of the United States District Court for the Eastern District of California. See Local Rule

20  3-120(d).

21          Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

22  the proper division of a court may, on the court's own motion, be transferred to the proper

23  division of the court. Therefore, this action will be transferred to the Fresno Division of the

24  court.

25  /////

26  /////

1       Good cause appearing, IT IS HEREBY ORDERED that:

2       1. This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4       2. All future filings shall reference the new Fresno case number assigned and

5 shall be filed at:

6       United States District Court
      Eastern District of California
7       2500 Tulare Street
      Fresno, CA 93721

9 DATED: June 26, 2009

      /s/ Gregory G. Hollows

      GREGORY G. HOLLOWS
      UNITED STATES MAGISTRATE JUDGE

13 GGH:mp
free1625.109

2